```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                     Plaintiff,                                 :
                                                                :   JUDGMENT OF FORFEITURE
              -v.-                                              :
                                                                :   21 Civ. 2696 (AJN)
$9,700,000 IN UNITED STATES CURRENCY,                           :
                                                                :
                     Defendant-in-rem.                          :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about March 31, 2021, the United States of America (the "United States" or the "Government") filed a Verified Complaint for Forfeiture (the "Verified Complaint") (D.E. 3) seeking to forfeit $9,700,000 in United States currency (the "Defendant Funds") as constituting proceeds of mail and wire fraud;

WHEREAS, beginning on or about April 6, 2021, and continuing through May 5, 2021, the Government published notice of the Verified Complaint against the Defendant Funds, on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, and proof of such publication was filed with the Clerk of this Court on June 25, 2021 (D.E. 4);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant Funds and the intent of the United States to forfeit and dispose of the Defendant Funds, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant Funds, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about April 7, 2021, the Government sent direct notice to the following individuals and entities via electronic mail:

> Benjamin Gruenstein, Esq.
> Counsel for Rahn+Bodmer Co.
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10009
> bgruenstein@cravath.com

(the "Noticed Party");

WHEREAS, the Noticed Party is the only individual or entity known by the Government to have a potential interest in the Defendant Funds; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant Funds shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Department of Treasury (or its designee) shall dispose of the Defendant Funds, according to law.

Dated: New York, New York
      July 8, 2021

The Clerk of Court is respectfully directed to enter judgment and close the case.

SO ORDERED:

_/s/ Alison J. Nathan_
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE